204 F.2d 512
 BRONX TOWING LINE, Inc., Libellant-Appellant,
v.
CONTINENTAL INSURANCE COMPANY, Respondent-Appellee.
 No. 252, Docket 22668.
 United States Court of Appeals Second Circuit.
 Argued May 7, 1953.
Decided June 5, 1953.
 
 Foley & Martin, New York City, Christopher E. Heckman, New York City, of counsel, for appellant.
 Kirlin Campbell & Keating, New York City, John H. Hanrahan, Jr., New York City, of counsel, for appellee.
 Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.
 PER CURIAM.
 
 
 1
 The decree is affirmed on the opinion of the District Court, 108 F.Supp. 298.